PRESTON EASLEY, State Bar No. 108347
(maritime@earthlink.net)
PETER YOVANOVICH, State Bar No. 305794
(max@prestoneasley.com)
LAW OFFICES OF PRESTON EASLEY APC
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone:  (310)832-5315
Facsimile:   (310)832-7730

Attorneys for Plaintiff
          RICHARD CHAVEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RICHARD CHAVEZ,

          Plaintiff,

   v.

SHIMMICK CONSTRUCTON

COMPANY, INC.,

          Defendant.

Case No:  **'20 CV 0594 MMA AHG**

COMPLAINT FOR DAMAGES
AND DEMAND FOR JURY TRIAL

    COMES NOW PLAINTIFF RICHARD CHAVEZ and complains of

defendant and alleges:

FIRST CAUSE OF ACTION FOR NEGLIENCE

1.      At all times mentioned herein plaintiff RICHARD CHAVEZ was

employed by defendant SHIMMICK CONSTRUCTION COMPANY,

-1-

INC. as a deckhand on a certain crane barge which was a vessel in navigation owned, controlled, crewed, maintained, supplied, outfitted, operated and managed by defendant SHIMMICK CONSTRUCTION COMPANY, INC.  He is a Jones Act seaman and was a crewman on the aforementioned certain crane barge.

2. Plaintiff RICHARD CHAVEZ is a resident of Chula Vista, California.

3. Defendant SHIMMICK CONSTRUCTION COMPANY, INC. maintains its principal place of business in Los Angeles, California.  At all times relevant herein defendant was lawfully doing business in San Diego, California.

4. The bases of federal jurisdiction are the Jones Act, 46 U.S.C. Sec. 30104, admiralty and the General Maritime Law.

5. On or about December 14, 2017 plaintiff RICHARD CHAVEZ suffered severe and disabling injuries when he fell from a tire fender while disembarking from the aforesaid certain crane barge in navigable waters in San Diego Harbor near Point Loma, City of San Diego, State of California and landed on a float which was moored to said certain crane barge.

6. Defendant breached its duty to provide plaintiff with a safe place to work and negligently failed to provide a ladder or other safe means of

disembarking from said certain crane barge to a float which was moored to said certain crane barge.

7.    As a result of defendant's negligence plaintiff was hurt and injured in his health, strength and activity, sustaining serious injuries, all of which have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to be proven at trial.  Plaintiff is informed and believes and thereon alleges that such injuries will result in permanent disability to him.

8.    As a further result of defendant's negligence plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof.  The amount of plaintiff's medical expenses will be proven at trial.

9.    As a further result of defendant's negligence plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits and wage earning capacity and the ability to perform household services.  The exact amount is not known to plaintiff as the time, the

plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof, and such amount will be proven at trial.

10.   Defendant breached its duty to exercise reasonable care under the circumstances and to provide plaintiff with a safe place to work and these breaches caused plaintiff's accident of December 14, 2017 when plaintiff fell while disembarking from the aforesaid certain crane barge.

SECOND CAUSE OF ACTION FOR UNSEAWORTHINESS

11.   Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 10 of the First Cause of Action herein.

12.   While plaintiff was assigned to the aforesaid certain crane barge in navigable waters in San Diego Harbor near Point Loma, San Diego, California on or about December 14, 2017 defendant failed to provide plaintiff with a seaworthy vessel in that said crane barge lacked a ladder or any safe means of disembarkation to reach the float which was moored to said certain crane barge.  As a result of the unseaworthiness of said certain crane barge plaintiff suffered severe

and disabling injuries when he fell from a tire fender on said crane

barge to the float below.

13.    At the times and places mentioned herein by provision of the General

Maritime Law of the United States defendant warranted to plaintiff

that the aforesaid certain crane barge, its decks, equipment, tackle,

crews and procedures were seaworthy and reasonably fit for their

intended use.

14.    Defendant breached the aforesaid warranty of seaworthiness in that

said certain crane barge lacked a ladder or any other safe means of

disembarking to the float which was moored to said crane barge.

15.    As a result of the unseaworthiness of the aforesaid certain crane barge

plaintiff was hurt and injured in his health, strength and activity,

sustaining serious injuries, all of which have caused and continue to

cause plaintiff great mental, physical and nervous pain and suffering

and loss of enjoyment of life in an amount to be proven at trial.

Plaintiff is informed and believes and thereon alleges that such injuries

will result in permanent disability to him.

16.    As a further result of unseaworthiness of the aforesaid certain crane

barge plaintiff has incurred and will continue to incur medical and

related expenses, the full amount of which is not known to plaintiff at

this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof.  The amount of plaintiff's medical expenses will be proven at trial.

17.   As a further result of unseaworthiness the aforesaid certain crane barge plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits and wage earning capacity and the ability to perform household services, both past and future.  The exact amount is not known to plaintiff as the time, the plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof, and such amount will be proven at trial.

THIRD CAUSE OF ACTION FOR MAINTENANCE AND CURE AND UNEARNED WAGES

18.   Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 17 of the First and Second Causes of Action herein.

19.   On or about December 14, 2017, while the aforesaid certain crane barge was in navigable waters in San Diego Harbor near Point Loma, San Diego, California, plaintiff suffered severe and disabling injuries.

20.     Immediately prior to suffering these injuries, plaintiff was a strong, able bodied person, capable of continuous gainful employment in the occupation of deckhand. By reason of these disabling injuries, plaintiff has been caused to suffer great physical and mental pain and suffering, and has incurred and will continue to incur medical and related expenses, and for a period of time was and will be unable to attend to his usual occupation as a deckhand. He is therefore entitled to maintenance and cure and unearned wages.

WHEREFORE, plaintiff prays judgment against defendant as follows:

1.     For general damages, according to proof;

2.     For damages for medical and related expenses, according to proof;

3.     For damages for loss of earnings, both past and future; and loss of earning capacity and fringe benefits, both past and future; and loss of ability to perform household services, both past and future, according to proof;

4.     For an amount representing plaintiff's maintenance and cure and unearned wages, according to proof;

5.     For costs of suit herein incurred; and

6.     For such other and further relief as the Court may deem proper.

Date:  March 27, 2020                    /s/ Preston Easley
                                         PRESTON EASLEY
                                         Attorney for Plaintiff
                                         RICHARD CHAVEZ


<u>DEMAND FOR JURY TRIAL</u>


    Plaintiff RICHARD CHAVEZ hereby demands a trial by jury in this action.


Dated:  March 27, 2020                   /s/ Preston Easley
                                         PRESTON EASLEY
                                         Attorney for Plaintiff
                                         RICHARD CHAVEZ