# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHAVEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC., NOVA GROUP, INC., and NOVA SHIMMICK, A JOINT VENTURE,<br><br>　　　　　　　　　Defendants. | Case No.: 3:20-cv-00594-MMA-AHG<br><br>**ORDER MODIFYING TELEPHONIC EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO TAKE PLACE VIA VIDEO CONFERENCE AND ISSUING UPDATED PROCEDURES** |

On May 15, 2020, the Court set a Telephonic Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") for **June 16, 2020** at **2:00 PM** before Magistrate Judge Allison H. Goddard. ECF No. 21. The Court hereby **CONVERTS** the Telephonic ENE and CMC to take place via **video conference**. To facilitate this modification, **IT IS HEREBY ORDERED:**

    1.    The Court will use its official Zoom video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

    2.    No later than **June 11, 2020**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a.    The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c.    A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

3. Prior to the start of the ENE, the Court will email each ENE participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

4. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 2:00 PM. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

5. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

7. If the case does not settle during the ENE, the Court will hold the CMC immediately following the ENE with counsel only in the main session.

8. All requirements set forth in the Court's original Order Setting ENE and CMC (ECF No. 21) remain in place, except as explicitly modified by this Order. The parties are reminded that, pursuant to that Order, their Joint Case Management Statement must be filed by **June 5, 2020**, and they must lodge their confidential ENE Statements with the Court by **June 11, 2020**.

**IT IS SO ORDERED.**

Dated:  May 28, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge