UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHAVEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC., NOVA GROUP, INC., and NOVA SHIMMICK, A JOINT VENTURE,<br><br>                                    Defendants. | Case No.: 3:20-cv-00594-MMA-AHG<br><br>**ORDER SETTING VIDEO STATUS CONFERENCE** |

The Court held an Early Neutral Evaluation Video Conference ("ENE") in this matter on June 16, 2020. As discussed during the ENE, the Court **SETS** a Video Status Conference for **August 4, 2020** at **2:00 PM**. Similar to the ENE, the Court issues the following procedures to govern the video status conference:

1. The Court will use its official Zoom video conferencing account to hold the status conference. The Court requires the attendance of the primary attorney(s) responsible for the litigation for each side.

2. As before, prior to the start of the conference, the Court will email the participants an invitation to join a Zoom video conference. **The Court will send the invitation to all counsel for each party who participated in the ENE.** Participants are

encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Zoom will then prompt participants to enter the password included in the invitation.

    3.    Counsel may share the Zoom link with other expected participants from their side. However, if counsel expect other participants to join, they must inform the Court of the name and title of each additional participant via e-mail at efile_Goddard@casd.uscourts.gov no later than **August 3, 2020**.

    4.    If technical difficulties arise, the Court will proceed telephonically on its chambers teleconference line instead of by videoconference. In that event, counsel must call 1-877-873-8018 and use access code 8367902 to join the conference. However, proceeding telephonically is only a secondary option, and counsel should not call the teleconference line unless instructed to do so on the day on the conference.

**IT IS SO ORDERED.**

Dated:  June 17, 2020

_Allison H. Goddard_
Honorable Allison H. Goddard
United States Magistrate Judge