1 PRESTON EASLEY, State Bar No. 108347
(maritime@earthlink.net)
2 PETER YOVANOVICH, State Bar No. 305794
3 (max@prestoneasley.com)
LAW OFFICES OF PRESTON EASLEY APC
4 2500 Via Cabrillo Marina, Suite 106
5 San Pedro, California 90731-7724
Telephone: (310)832-5315
6 Facsimile: (310)832-7730

Attorneys for Plaintiff
    RICHARD CHAVEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD CHAVEZ, | Case No: 20CV0594 MMA-AHG |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| SHIMMICK CONSTRUCTON COMPANY, INC.; NOVA GROUP, INC.; and NOVA SHIMMICK, A JOINT VENTURE, | |
| Defendants. | |

TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT THE ABOVE ENTITLED case has settled in its entirety through private mediation, with all parties to bear their own costs and attorney fees.

| | |
|---|---|
| Dated: January 28, 2021 | /s/ Preston Easley<br>PRESTON EASLEY<br>Attorney for Plaintiff<br>RICHARD CHAVEZ |