# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHAVEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 20-cv-594-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 39] |

The parties have filed a joint motion to dismiss this action and the related limitation action, *In re: The Complaint of Nova Group, Inc., et al. for Exoneration from, or Limitation of, Liability*, No. 20-cv-1202-MMA (AHG) (S.D. Cal.) ("limitation action"), with prejudice pursuant to Federal Rule of Civil Procedure 41(a). *See* Doc. No. 39 at 2. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action and the limitation action **with prejudice**. The Court **DIRECTS** the Clerk of Court to terminate both actions in their entirety. The Court further **DIRECTS** the Clerk of Court to file this Order on the dockets of 20-cv-594 MMA (AHG) and 20-cv-1202-MMA (AHG).

　　　**IT IS SO ORDERED**.

Dated: February 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge